IN THE UNITED STATES DISTRICT COURT
FOR THE MIDDLE DISTRICT OF ALABAMA
NORTHERN DIVISION

| | |
|---|---|
| PRINCIPAL NATIONAL LIFE INSURANCE COMPANY, | )<br>)<br>) |
| Plaintiff, | )<br>) |
| v. | ) CIVIL ACTION NO. 2:16-cv-886-WHA<br>) (wo) |
| IDA RUDOLPH, | )<br>) |
| Defendant. | ) |

## **ORDER**

Default having been entered by the Clerk (Doc. #8) and the Defendant having filed no objection to the Plaintiff's Motion for Default Judgment (Doc. #7) after being given an opportunity to do so, and after a review of the file by the court, it is hereby ORDERED as follows:

1. The Motion for Default Judgment is GRANTED, and Default Judgment is entered in favor of the Plaintiff and against the Defendant;

2. It is Declared that Principal National Life Insurance Company was entitled to rescind Pollicy No. 6201109, and Policy No. 6201109 is void *ab initio*;

3. The Clerk is DIRECTED to enter this document on the civil docket as a Final Judgment pursuant to Rule 58 of the Federal Rules of Civil Procedure.

DONE this 23rd day of June, 2017.

                                                                  /s/ W. Harold Albritton  
                                                                   W. HAROLD ALBRITTON  
                                                                   SENIOR UNITED STATES DISTRICT JUDGE